IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFRICK BROWN, | No. CIV S-10-2879-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Final judgment was entered on October 5, 2011, and petitioner has filed a timely notice of appeal.  Pending before the court is petitioner's motion for appointment of counsel (Doc. 27).  Given that this matter has been processed for appeal, the motion is denied without prejudice to renewing the request in the Ninth Circuit Court of Appeals. The Clerk of the Court is directed to terminate all pending motions in this closed docket.

IT IS SO ORDERED.

DATED: November 2, 2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1